F. Christopher Austin (NSB# 6559)
caustin@weidemiller.com
Jing Zhao (NSB # 11487)
jzhao@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| V SHRED, LLC,<br><br>                    Plaintiff,<br>v.<br><br>GRAVITY TRANSFORMATION LLC, a Texas company, and GEORGE PERELSHTEYN, an individual,<br><br>                    Defendants. | Case No.: 2:21-cv-01344-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff V SHRED, LLC ("Plaintiff") and Defendants GRAVITY TRANSFORMATION LLC and GEORGE PERELSHTEYN (collectively "Defendants" and together with Plaintiff, "Parties"), by and through their attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including September 29, 2021. In support of the Stipulation, the Parties state the following:

1. Defendants' responsive pleading is currently due August 31, 2021.

2. Defense counsel requires additional time to consult with Defendant GEORGE PERELSHTEYN, who is grieving the recent passing of his significant other.

3. This is the first request to extend the deadline for Defendants to file their responsive pleading.

1

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0126

4. This request for an extension of time is not intended to cause any undue delay or prejudice any party.

5. Therefore, the Parties hereby stipulate that the deadline for Defendants to file their responsive pleading shall be extended to September 29, 2021.

| MCDONALD CARANO LLP | WEIDE & MILLER, LTD. |
|---|---|
| /s/ *Tara U. Teegarden* | /s/ *F. Christopher Austin* |
| Rory T. Kay (NSB 12416) | Christopher Austin (NSB 6559) |
| Tara U. Teegarden (NSB 15344) | Jing Zhao (NSB 11487) |
| 2300 West Sahara Avenue, Suite 1200 | 10655 Park Run Drive, Suite 100 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89144 |
| rkay@mcdonaldcarano.com | caustin@weidemiller.com |
| ttegarden@mcdonaldcarano.com | jzhao@weidemiller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated August 18, 2021 | Dated August 18, 2021 |

IPLA, LLP

/s/ *Benjamin S. White*
Benjamin S. White
*Pro Hac Vice Application Pending*
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
bwhite@ipa.com

*Attorney for Plaintiff*

Dated August 18, 2021

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-18-2021

2

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

JZ-W-0126