Benjamin S. White
(CA Bar No. 279796)
Pro Hac Vice Application Granted

IPLA, LLP
4445 Eastgate Mall, Suite 200
San Diego, CA 92101
Tel: 858-272-0220
Fax: 858-272-0221
bwhite@ipla.com
trademarks@ipla.com

Rory T. Kay, Esq.
(NV Bar No. 12416)
Tara U. Teegarden, Esq.
(NV Bar No. 15344)

McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: 702-873-4100
Fax: 702-873-9966
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Attorneys for Plaintiff
V SHRED, LLC

F. Christopher Austin
(NV Bar No. 6559)

WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: 702-382-4804
caustin@weidemiller.com

Attorneys for Defendants
GRAVITY TRANSFORMATION LLC
and GEORGE PERELSHTEYN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V SHRED, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRAVITY TRANSFORMATION LLC, a Texas company, and GEORGE PERELSHTEYN, an individual,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01344-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS GRAVITY TRANSFORMATION LLC AND GEORGE PERELSHTEYN** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff V SHRED, LLC, and Defendants GRAVITY TRANSFORMATION LLC and GEORGE PERELSHTEYN (collectively the "Parties"), having settled the matter between the Parties, stipulate to the dismissal of the above-captioned action between the Parties, including all claims,

with prejudice. In addition, the Parties request that this Court retain jurisdiction over any disputes arising out of the Parties' settlement agreement.

Dated: July 31, 2023    IPLA, LLP

                              By:   /s/ Benjamin S. White
                                      Benjamin S. White

                                      Attorneys for Plaintiff
                                      V SHRED, LLC

Dated: July 31, 2023    WEIDE & MILLER, LTD.

                              By:   /s/ F. Christopher Austin
                                      F. Christopher Austin

                                      Attorneys for Defendants
                                      GRAVITY TRANSFORMATION LLC and
                                      GEORGE PERELSHTEYN

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 2, 2023